F. E. SHOBER, et al. v. W. H. WHEELER.

*Practice—Case  on  Appeal, Service  of—Parties  with*
*Different  Interests—Certiorari.*

1. Where the interests of several parties on the same side are identical a case on appeal may be served on any one of them ; but when their interests are different and they are represented by different counsel, a case on appeal must be served on each set ; and only as to such as are so served will a *certiorari* be granted when the judge fails to settle the case on appeal.

2. In such case the application for the *certiorari* should be based upon the docketing of the rest of the record ; otherwise, upon objection on that ground, the *certiorari* will be denied.

Motion of appellant for *certiorari.*

*Messrs. Watson & Buxton,* for plaintiff.
*Messrs. Jones & Patterson,* for defendant (appellant).

CLARK, J.: When there are several parties on the same side, with identical interests and employing the same counsel, the service by the appellee of his " case on appeal " on either one would be sufficient, but here the plaintiffs (appellees) were divided in their interests and employed different counsel. The original plaintiffs were not served with the case on appeal at all. Those served with the case on appeal had been brought into the action. Except as to the parties who were represented in whole or in part by the counsel on whom the case on appeal was served, the appellants are not entitled to a *certiorari.* As to the parties upon whose counsel the " case on appeal " was served in due time, the judge not having settled the case, the *certiorari* will issue. Such application should always be based upon docketing the rest of the record, and if that is not done upon motion on that ground the *certiorari* will be denied. *Pittman* v. *Kimberly*, 92 N. C., 562; *Wiley* v. *Lineberry*, 88 N. C., 68; *Suiter* v. *Brittle*, 90 N. C., 19; *State* v. *Freeman*, 114 N. C., 872. Objection on that ground was not made by the parties on whom the case was served, and as to them the *certiorari* will issue.

Motion Allowed.